Date: 11/24/10

Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 2017 Dated 11/24/10
Case Number 08-31219 - KROGERSON, JASON

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CHASE BANK USA NA<br>C/O CREDITORS BKY SVC<br>PO BOX 740933<br>DALLAS TX 75374<br>2709 | 000009 | 362.88 | 1.04 |
| Jeff Bollinger<br>2257 Cottonwood Lane<br>Mound MN 55364<br>1573 | 000010 | 1,269.00 | 3.65 |
| ---------- Remittance Total ---------- | | 1,631.88 | 4.69 |

MICHAEL J. IANNACONE, Trustee

RECEIVED 10 NOV 30 AM 11:24 U.S. BANKRUPTCY COURT ST. PAUL, MN

COURT1

Printed: 11/24/10 04:28 PM    Ver: 16.01a